# UNITED STATES DISTRICT COURT
### Western District of Wisconsin

PATRICK M. MURRAY,

        Plaintiff,

   v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

**JUDGMENT IN A CIVIL CASE**

Case No.: 07-cv-379-bbc

---

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

    The decision of defendant Michael Astrue, Commissioner of Social Security, is affirmed and plaintiff Patrick M. Murray's appeal is dismissed.


THERESA M. OWENS
_____
Theresa M. Owens, Clerk

/s/ M. Hardin
_____
by Deputy Clerk

_____4/28/08_____
Date